UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN SCOTT WILLIAMS, | No. 1:26-cv-01793-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ACCESS TO MATERIALS |
| v. | (ECF No. 19) |
| TYSON PAGUE, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a court order to provide him with access to copies and indigent legal mail postage, filed June 1, 2026. Plaintiff's motion must be denied.

The Court notes that Plaintiff is entitled access to certain facilities and materials under the Constitution. See Gluth v. Kangas, 951 F.2d 1504, 1510 (9th Cir. 1991) (noting that though an indigent state prisoner is not entitled to free and unlimited photocopying, postage, or writing supplies, the Constitution "does require [he be provided with] some," and affirming injunction requiring provision of a minimum amount of pens and paper, photocopies of documents necessary to pursue a civil case, and postage sufficient to communicate with the courts).

1

However, here, Plaintiff has not shown that he has suffered a "specific actual injury" such that he has been denied "meaningful" access to the courts. See Sands v. Lewis, 886 F.2d 1166, 1169, 1171 (9th Cir. 1989) (per curiam) (finding plaintiff failed to show that his "deprivation of carbon paper or his own memory typewriter prevented his access to courts"), overruled on other grounds by Lewis v. Casey, 518 U.S. 343, 350–55 (1996). Indeed, Plaintiff has submitted several filings in this case and shown an ability to effectively litigate this case with his current resources. Accordingly, Plaintiff's motion for a court order is DENIED.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2