UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN SCOTT WILLIAMS,

Plaintiff,

v.

TYSON PAGUE, et al.,

Defendants.

No. 1:26-cv-01793-SAB (PC)

ORDER FOR PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

(ECF Nos. 21, 22)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is proceeding on Plaintiff's claim against Defendants Wellpath Medical and Registered Nurse Debbie for deliberate indifference to serious medical needs in violation of the Fourteenth Amendment.

Defendants Wellpath Medical and RN Debbie executed waivers of service of the summons. (ECF Nos. 21, 22). However, no responsive pleading has been filed by either party within the time period laid out in the waivers, July 23, 2017. (Id.)

It is now up to Plaintiff to move for default judgment. Thus far, Plaintiff has not moved for entry of default under Federal Rule of Civil Procedure 55(a), or otherwise attempted to prosecute this case since Defendant Kuo's failure to file responsive pleadings.

Therefore, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. If Plaintiff proceeds through the appropriate procedure to get a default judgment (see Fed. R. Civ. P. 55), the Court will vacate this order to show cause.

Accordingly, it is HEREBY ORDERED that within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge