UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN SCOTT WILLIAMS,<br>Plaintiff,<br>v.<br>TYSON PAGUE, et al.,<br>Defendants. | No. 1:26-cv-01793-SAB (PC)<br>ORDER DIRECTING CLERK OF COURT TO ENTRY JUDGMENT AGAINST DEFENDANTS WELLPATH MEDICAL AND RN DEBBIE<br>(ECF No. 24) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for entry of default, filed August 6, 2026.

**I.**

**DISCUSSION**

This case is proceeding on Plaintiff's claim against Defendants Wellpath Medical and Registered Nurse (RN) Debbie for deliberate indifference to serious medical needs in violation of the Fourteenth Amendment.

Defendants Wellpath Medical and RN Debbie executed waivers of service of the summons. (ECF Nos. 21, 22). However, no responsive pleading has been filed by either party within the time period laid out in the waivers, i.e., July 23, 2026. (Id.)

If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default judgment may be entered pursuant to Federal Rule of Civil Procedure 55(a). Rule 55 requires a "two-step process" that consists of (1) seeking the clerk's entry of default and (2) filing a motion for entry of default judgment. Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986); see also Symantec Corp. v. Global Impact, Inc., 559 F.3d 922, 923 (9th Cir. 2009) (noting "the two-step process of 'Entering a Default' and 'Entering a Default Judgment' ").

## II.

## ORDER

Because Defendants RN Debbie and Wellpath have not filed a timely response to the operative complaint, it is HEREBY ORDERED that:

1. The Clerk of Court shall enter default against Defendants RN Debbie and Wellpath Medical. Fed. R. Civ. P. 55(a); and
2. The Clerk's Office is FURTHER DIRECTED to send a copy of this order to Defendants RN Debbie and Wellpath Medical at 195 Tozer St. Madera, CA 93638.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge