UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN SCOTT WILLIAMS,<br>Plaintiff,<br>v.<br>WELLPATH L.L.C., et al.,<br>Defendants. | Case No. 1:26-cv-01793-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

On March 5, 2026, Plaintiff initiated this action. Doc. 1. As relevant here, on September 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants Wellpath, LLC and Debbie Massetti's motion to set aside the entry of default be granted. Doc. 34; *see also* Doc. 31 (defendants' motion). Plaintiff was advised that any objections were due within fourteen (14) days. Plaintiff timely filed objections on October 2, 2026. Doc. 35. In his objections, plaintiff argues that he has additional evidence of defendants' culpable conduct, but he fails to show any error in the finding that there was no intentional misconduct by defendants. *See id.* Nor, given the relatively early status of the proceedings in this case, does plaintiff demonstrate that he would be prejudiced by the setting aside of the entry of default.

In accordance with 28 U.S.C. § 636(b)(1), this court has reviewed this matter de novo.

Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on (Doc. 34), are ADOPTED in full.
2. Defendants' motion to set aside the entry of default (Doc. 31) is GRANTED.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE