# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN SCOTT WILLIAMS,

Plaintiff,

v.

WELLPATH L.L.C., et al.,

Defendants.

Case No. 1:26-cv-01793-KES-SAB (PC)

ORDER SETTING DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

(ECF No. 36)

On October 13, 2026, the District Judge adopted the undersigned's findings and recommendations to grant Defendants' motion to set aside the entry of default. (ECF No. 36.) Accordingly, it is HEREBY ORDERED that Defendants shall have **twenty-one (21) days** from the date of service of this order to file a responsive pleading or otherwise answer the complaint.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge