# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN SCOTT WILLIAMS,<br>Plaintiff,<br>v.<br>WELLPATH L.L.C., et al.,<br>Defendants. | Case No. 1:26-cv-01793-KES-SAB<br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AS MOOT<br>(ECF No. 42) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983. As relevant here, on November 16, 2026, Plaintiff filed a notice of intent to file an amended complaint. (ECF No. 40.) On November 18, 2026, the Court construed Plaintiff's notice as a motion for amended complaint form and for extension of time to file an amended complaint. (ECF No. 41.) The Court granted Plaintiff leave to file an amended complaint as well as an extension of time to file his amended complaint. (ECF No. 41.) The Court also directed the Clerk of Court to send Plaintiff a prisoner amended civil rights complaint form. (Id.) On November 19, 2026, Plaintiff subsequently filed a request for leave to file an amended complaint and extension of time to file his amended complaint. (ECF No. 42.) Because the Court previously granted this request, Plaintiff's motion to file an amended complaint as well as an extension to do so (ECF No. 42) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **November 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge